# EXHIBIT A

68C01-1804-CT-000251

Randolph Circuit Court

Filed: 4/9/2018 10:39 AM
Clerk
Randolph County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE RANDOLPH CIRCUIT COURT |
| | )SS: | |
| COUNTY OF RANDOLPH | ) | CAUSE NO.: 68C01-1804-CT-_____ |

TRACI M. FRANKLIN and
WILLIAM FRANKLIN,
     Plaintiffs,

v.

RANDOLPH COUNTY COMMISSIONERS,
RANDOLPH COUNTY SHERIFF, and
WINCHESTER POLICE DEPARTMENT,
     Defendants.

## COMPLAINT FOR DAMAGES

Come now the Plaintiffs, Traci M. Franklin and William Franklin, by counsel, James A. Schafer, PAINTER & SCHAFER, and Donald K. McClellan, McCLELLAN & McCLELLAN, and for their cause of action against the Defendants, Randolph County Commissioners, Randolph County Sheriff and Winchester Police Department, allege and say:

1. That at all times mentioned herein, the Plaintiffs, Traci M. Franklin and William Franklin, were residents of Randolph County, State of Indiana.

2. On or about April 8, 2016, at approximately midnight, Plaintiff, Traci M. Franklin, was operating a motor vehicle and returning to her home after working a 14-hour shift, in snowy conditions, which resulted in hazardous driving conditions.

3. Mrs. Franklin, as a proximate result of being tired and stressed, made a rolling stop at the intersection of Meridian and West 4th Street, in Winchester, Randolph County, Indiana.

4. Mrs. Franklin then turned into her driveway, located at 225 West 4th Street, Winchester, Indiana, and was followed by a police cruiser with their lights on.

5. The police officer then approached Mrs. Franklin's vehicle, and after a short conversation he grabbed Mrs. Franklin and pulled her arm out of the vehicle. Mrs. Franklin's arm was pinned to the door. Mrs. Franklin complained of pain, due to excessive force, and was then threatened with an officer's taser.

6. After a brief struggle, Mrs. Franklin was forcefully removed from her vehicle and cuffed. The two male officers, acting as servants, agents and employees of both the Randolph County Sheriff's Office or the Winchester Police Department, then proceeded to body search Mrs. Franklin, despite her request for a female officer due to being the victim of sexual abuse as a child. Her request was denied and the male officers continued their body search.

7. Mrs. Franklin was wearing scrubs, due to the fact that she had just left her place of employment, and as she was being removed from her vehicle, her scrub pants began coming down. Mrs. Franklin requested the officers assist her in placing her pants back in the proper position, but they refused to do so. Upon arriving at the Randolph County Jail, a female officer assisted Mrs. Franklin in adjusting her clothing.

8. Mrs. Franklin requested she be allowed her one telephone call, but was denied her right.

9. Mrs. Franklin informed the officers her arm was hurting but was denied any medical attention.

10. Mrs. Franklin was menstruating at the time and requested a feminine hygiene pad, but was denied.

11. Upon her release from the Randolph County Jail, Mrs. Franklin went to Ball Memorial Hospital for treatment and was informed she had two (2) fractures of her elbow and upper arm and strained ligaments caused by the officers' excessive force during her arrest. As a direct and proximate result of her injuries, Mrs. Franklin has suffered emotional stress, physical injuries, pain and suffering, hospital and medical expenses, lost wages, permanent impairment, and such damages will continue into the future.

12. That the officers were employees of the Defendants, and each of them, and were acting within the scope of their employment.

13. The officers were careless and negligent and used excessive force against Mrs. Franklin, violated her civil rights and caused her physical, emotional, and mental injuries as a result of their unwarranted actions.

14. As a direct and proximate result of the carelessness and negligence of the Defendants, the Plaintiff, William Franklin, has lost the services and consortium of his wife, Traci M. Franklin, and will continue to incur such damages in the future.

WHEREFORE, the Plaintiffs, Traci M. Franklin and William Franklin, pray judgment against the Defendants, Randolph County Commissioners, Randolph County Sheriff's Department and Winchester Police Department, in such amount as is fair and reasonable and just in the premises.

Attorneys for Plaintiffs,
Traci M. Franklin and William Franklin

By: _____
James A. Schafer (61-18)

PAINTER & SCHAFER
400 North High Street, Suite 200
Muncie, Indiana 47305
(765) 282-1019

By: _____
Donald K. McClellan, (10045-18)

McCLELLAN & McCLELLAN
400 North High Street, Suite 200
Muncie, Indiana 47305
(765) 288-7746

```
Mon Apr 16 2018 21:21:08                                              Page 1
                              CIVIL NOTICE
                          RANDOLPH CIRCUIT COURT


    TRACI FRANKLIN V. RANDOLPH COUNTY COMMISSIONERS
    68C01-1804-CT-000251
------------------------------------------------------------------------


    TO: RANDOLPH COUNTY COMMISSIONERS
        100 SOUTH MAIN STREET, 3RD FLO
        COURTHOUSE
        WINCHESTER IN 47394


------------------------------------------------------------------------
           ATTORNEYS                              PARTIES
------------------------------------------------------------------------
                                        PLAINTIFF
    10045-18    DONALD MC CLELLAN          TRACI M FRANKLIN
    10045-18    DONALD MC CLELLAN          WILLIAM FRANKLIN

                                        DEFENDANT
                                          RANDOLPH COUNTY COMMISSIONERS
                                          RANDOLPH COUNTY SHERIFF
                                          WINCHESTER POLICE DEPARTMENT
------------------------------------------------------------------------


    04/16/2018

    The Court, having reviewed this cause, now disqualifies and recuses
    himself and directs the Clerk to appoint Special Judge in accordance with
    Trial Rule 79(H).   sae
```

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF RANDOLPH | ) | 2018 TERM |

CAUSE NO. 68C01-1804-CT-000251

IN RE:
TRACI M FRANKLIN and
WILLIAM FRANKLIN
Plaintiffs

VS

RANDOLPH COUNTY COMMISSIONERS,
RANDOLPH COUNTY SHERIFF, and
WINCHESTER POLICE DEPARTMENT
Defendants

FILED
APR 17 2018
*Laura J. Martin*
CLERK RANDOLPH CIRCUIT COURT

## APPOINTMENT OF SPECIAL JUDGE

Comes now, Laura J. Martin, duly elected and qualified Clerk of the Randolph Circuit Court and pursuant to the direction on April 16, 2018, by Jay L Toney, Judge of the Randolph Circuit Court, does hereby appoint the Honorable Judge Bob A Witham, Judge of the Henry Circuit Court #1 as Special Judge in this matter. This appointment is pursuant to Trial Rule 79(H) and Local Rule of the Randolph Circuit/Superior Courts,
This 17th day of April, 2018.

Laura J. Martin, Clerk
Randolph Circuit Court

I certify that copies were mailed to the following:
Honorable Bob A Witham, Judge Henry Circuit Court #1 1215 Race St #340 New Castle IN 47362
Donald K McClellan, 201 N High St Muncie, IN 47305
Randolph County Commissioners, Courthouse mail box
Randolph County Sheriff, Courthouse mail box
Winchester Police Department, 113 E Washington St #1 Winchester IN 47394

This 17th day of April, 2018.

Laura J. Martin, Clerk
Randolph Circuit Court